AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED / ENTERED
DEC 13 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States of America
v.
BRIAN JOHNSON
*Defendant*

Case No. 2:10-cr-216

RECEIVED
2010 MAY 18  P 4:50
DISTRICT OF NEVADA
UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRIAN JOHNSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy;
18 U.S.C. § 1029(a)(1) - Trafficking in, Production, and Use of Counterfeit Access Devices;
18 U.S.C. § 1029(a)(3) - Possession of Fifteen or More Counterfeit and Unauthorized Access Devices;
18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft;
18 U.S.C. § 2 - Aiding and Abetting

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

5/18/10  Las Vegas, NV
DATE

### Return

This warrant was received on *(date)* 5/18/2010, and the person was arrested on *(date)* 12/10/2016
at *(city and state)* BULGARIA.

Date: 12/12/2016

PMB
*Arresting officer's signature*

For FBI
*Printed name and title*